| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (CAMDEN)<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor BRANCH BANKING & TRUST COMPANY<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 18-30493-ABA |
| In re:<br>     ALEXANDER P. STEFANOW<br>     MARY M. STEFANOW | JUDGE:<br>Honorable Andrew B. Altenburg, Jr. |

Order Filed on December 23, 2019 by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: December 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: ALEXANDER P. STEFANOW AND MARY M. STEFANOW
Case No. 18-30493-ABA
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, BRANCH BANKING & TRUST COMPANY, under Bankruptcy Code sections 362 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day:

1. **ORDERED** that the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below.

2. **ORDERED** the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
457 Wesley Avenue, Pitman, NJ