| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (CAMDEN)<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor BRANCH BANKING & TRUST COMPANY<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 18-30493-ABA |
| In re:<br>    ALEXANDER P. STEFANOW<br>    MARY M. STEFANOW | JUDGE:<br>Honorable Andrew B. Altenburg, Jr. |

Order Filed on December 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: December 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: ALEXANDER P. STEFANOW AND MARY M. STEFANOW
Case No. 18-30493-ABA
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, BRANCH BANKING & TRUST COMPANY, under Bankruptcy Code sections 362 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day:

**1.** **ORDERED** that the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below.

**2.** **ORDERED** the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
457 Wesley Avenue, Pitman, NJ

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-30493-ABA
Alexander P. Stefanow                                                 Chapter 13
Mary M. Stefanow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Dec 23, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb        +Alexander P. Stefanow,    Mary M. Stefanow,    457 Wesley Avenue,    Pitman, NJ 08071-2518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Alexander P. Stefanow rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Mary M. Stefanow rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Thomas R. Dominczyk    on behalf of Creditor    Branch Banking & Trust Company
               tdominczyk@mauricewutscher.com,    thomas-dominczyk-5025@ecf.pacerpro.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7