Form 199 – ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–30493–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alexander P. Stefanow | Mary M. Stefanow |
| 457 Wesley Avenue | 457 Wesley Avenue |
| Pitman, NJ 08071 | Pitman, NJ 08071 |

Social Security No.:
   xxx–xx–8006          xxx–xx–9544

Employer's Tax I.D. No.:

---

### NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
### AND RESCHEDULING OF MEETING
### OF CREDITORS

NOTICE IS HEREBY GIVEN that Joseph Marchand was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Joseph Marchand.

ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:       4/1/20
Time:        09:30 AM
Location:     Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101

Please note, all previously scheduled deadlines remain the same.

Dated: February 13, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-30493-ABA
Alexander P. Stefanow                                               Chapter 7
Mary M. Stefanow
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin          Page 1 of 2        Date Rcvd: Feb 13, 2020
                           Form ID: 199         Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db/jdb        +Alexander P. Stefanow,   Mary M. Stefanow,   457 Wesley Avenue,   Pitman, NJ 08071-2518
517813522     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,   PO Box 182676,
               Columbus, OH 43218-2676)
517907660     +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517813517      Chase Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
517813518     +CitiCards,   PO Box 6500,   Sioux Falls, SD 57117-6500
517938280     +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517813520      Elan Cardnenber Service,   PO Box 790408,   Saint Louis, MO 63179-0408
517813521     +Financial Recoveries,   200 E. Park Drive,   Suite 100,   Mount Laurel, NJ 08054-1297
517813523     +Sears Credit Cards - MasterCard,   PO Box 6282,   Sioux Falls, SD 57117-6282
517813524     +Selip & Stylianou, LLC,   10 Forest Avenue,   Suite 300,   Paramus, NJ 07652-5238
517929654     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
517813528     +Toyota Lease Trust,   PO Box 105386,   Atlanta, GA 30348-5386
517931026      U.S. Bank N.A.  dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
               St. Louis MO 63166-0108


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: pmarraffa@standingtrustee.com Feb 14 2020 01:07:58    Isabel C. Balboa,
               Chapter 13 Standing Trustee,   Cherry Tree Corporate Center,   535 Route 38 - Suite 580,
               Cherry Hill, NJ 08002-2977
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:17    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:13    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517813515     +E-mail/Text: bankruptcy@bbandt.com Feb 14 2020 01:08:32    BB&T Loan Services,
               MC 100-50-02-57,   PO Box 2306,   Wilson, NC 27894-2306
517823649     +E-mail/Text: bankruptcy@bbandt.com Feb 14 2020 01:08:32    BB&T, Bankruptcy Section,
               100-50-01-51,   P.O. Box 1847,   Wilson, NC 27894-1847
517813516     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2020 01:12:59    Capital One,
               PO Box 30285,   Salt Lake City, UT 84130-0285
517813519      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 14 2020 01:08:42    Comenity - HSN,
               PO Box 183043,   Columbus, OH 43218-3043
517919390      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:12:29    LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517932017      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 01:28:13
               Portfolio Recovery Associates, LLC,   c/o Qcard,   POB 41067,   Norfolk VA 23541
517931636      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 01:13:11
               Portfolio Recovery Associates, LLC,   c/o Walmart Master Card,   POB 41067,   Norfolk VA 23541
517816487     +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 01:12:00    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517933035     +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 01:12:43    Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517813525      E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 01:12:44    Synchrony Bank/Lowe's,
               PO Box 965060,   Orlando, FL 32896-5060
517813526      E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 01:12:44    Synchrony Bank/QVC,
               PO Box 965060,   Orlando, FL 32896-5060
517813527      E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 01:12:44    Synchrony Bank/Walmart,
               PO Box 965050,   Orlando, FL 32896-5060
517925882     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2020 01:12:34    Verizon,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517813529      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 14 2020 01:07:37
               Verizon,   PO Box 15124,   Albany, NY 12212-5124
                                                                                        TOTAL: 17
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 13, 2020
                              Form ID: 199             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Richard S. Hoffman, Jr.    on behalf of Debtor Alexander P. Stefanow rshoffman@hoffmandimuzio.com,
          lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          Richard S. Hoffman, Jr.    on behalf of Joint Debtor Mary M. Stefanow rshoffman@hoffmandimuzio.com,
          lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          Thomas R. Dominczyk    on behalf of Creditor    Branch Banking & Trust Company
          tdominczyk@mauricewutscher.com,   thomas-dominczyk-5025@ecf.pacerpro.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7
```