UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-30493/ABA |
| Alexander & Mary Stefanow | Chapter: | 7 |
| | Judge: | ABA |

## NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable ____Andrew B. Altenburg, Jr.____ on ____May 19, 2020____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  Real Property:
457 Wesley Ave.
Pitman,NJ
FMV - $105,000.00

Liens on property:      BB&T-$74,683.00

Amount of equity claimed as exempt:  $29,960.05

Objections must be served on, and requests for additional information directed to:

Name:      /s/ Joseph D. Marchand, Chapter 7 Trustee

Address:      117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.:  (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-30493-ABA
Alexander P. Stefanow                                                     Chapter 7
Mary M. Stefanow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Apr 13, 2020
                             Form ID: pdf905       Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db/jdb      +Alexander P. Stefanow,   Mary M. Stefanow,   457 Wesley Avenue,   Pitman, NJ 08071-2518
517813522   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit Services,   PO Box 182676,
             Columbus, OH 43218-2676)
517907660   +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517813518   +CitiCards,   PO Box 6500,   Sioux Falls, SD 57117-6500
517938280   +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517813520    Elan Cardnenber Service,   PO Box 790408,   Saint Louis, MO 63179-0408
517813521   +Financial Recoveries,   200 E. Park Drive,   Suite 100,   Mount Laurel, NJ 08054-1297
517813523    Sears Credit Cards - MasterCard,   PO Box 6282,   Sioux Falls, SD 57117-6282
517813524   +Selip & Stylianou, LLC,   10 Forest Avenue,   Suite 300,   Paramus, NJ 07652-5238
517929654   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
517813528   +Toyota Lease Trust,   PO Box 105386,   Atlanta, GA 30348-5386
517931026    U.S. Bank N.A.  dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
             St. Louis MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 14 2020 01:22:58    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 14 2020 01:22:55    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517813515    +E-mail/Text: bankruptcy@bbandt.com Apr 14 2020 01:21:59    BB&T Loan Services,
             MC 100-50-02-57,   PO Box 2306,   Wilson, NC 27894-2306
517823649    +E-mail/Text: bankruptcy@bbandt.com Apr 14 2020 01:21:59    BB&T, Bankruptcy Section,
             100-50-01-51,   P.O. Box 1847,   Wilson, NC 27894-1847
517813516    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 14 2020 01:26:44    Capital One,
             PO Box 30285,   Salt Lake City, UT 84130-0285
517813519    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 14 2020 01:22:37    Comenity - HSN,
             PO Box 183043,   Columbus, OH 43218-3043
517813517    E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 14 2020 01:27:46
             Chase Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
517919390    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 14 2020 01:27:03    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517932017    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 01:26:56
             Portfolio Recovery Associates, LLC,   c/o Qcard,   POB 41067,   Norfolk VA 23541
517931636    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 01:25:48
             Portfolio Recovery Associates, LLC,   c/o Walmart Master Card,   POB 41067,   Norfolk VA 23541
517816487    +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:25:25    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517933035    +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:27:41    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517813525    E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:26:34    Synchrony Bank/Lowe's,
             PO Box 965060,   Orlando, FL 32896-5060
517813526    E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:26:35    Synchrony Bank/QVC,
             PO Box 965060,   Orlando, FL 32896-5060
517813527    E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:26:35    Synchrony Bank/Walmart,
             PO Box 965050,   Orlando, FL 32896-5060
517925882    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 14 2020 01:25:58    Verizon,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517813529    E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 14 2020 01:19:47
             Verizon,   PO Box 15124,   Albany, NY 12212-5124
                                                                                      TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 13, 2020
                              Form ID: pdf905          Total Noticed: 29
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Alexander P. Stefanow rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Mary M. Stefanow rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Thomas R. Dominczyk    on behalf of Creditor    Branch Banking & Trust Company
               tdominczyk@mauricewutscher.com,   thomas-dominczyk-5025@ecf.pacerpro.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 7
```