Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−30493−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexander P. Stefanow
457 Wesley Avenue
Pitman, NJ 08071

Mary M. Stefanow
457 Wesley Avenue
Pitman, NJ 08071

Social Security No.:
    xxx−xx−8006                                      xxx−xx−9544

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: June 5, 2020            Andrew B. Altenburg Jr.
                               Judge, United States Bankruptcy Court